**Jian–Jian REN, Plaintiff–Appellant,**

v.

**UNIVERSITY OF CENTRAL FLOR-IDA BOARD OF TRUSTEES, Defendant–Appellee.**

No. 05–14065.

United States Court of Appeals, Eleventh Circuit.

May 8, 2006.

N. James Turner, Orlando, FL, for Plaintiff–Appellant.

Paul S. Jones, Luks, Santaniello, Perez, Petrillo & Gold, Orlando, FL, for Defendant–Appellee.

Before TJOFLAT, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Jian–Jian Ren appeals the district court's grant of summary judgment on her claims against the University of Central Florida Board of Trustees ("UCF") alleging that she was denied a promotion to full professorship in mathematics because of sex discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, the Florida Civil Rights Act of 1992 (FRCA), and the Florida Educational Equity Act (FEEA).

We have reviewed the record and considered the briefs and the oral argument of the parties. Based thereupon, we find no error in the district court's conclusion that the plaintiff had failed to provide sufficient evidence to rebut the gender neutral reasons presented for the failure to promote or to adequately support a claim of retaliation.

**AFFIRMED.**